DAVID P. WAGGONER, SBN 242519
HOMELESS ACTION CENTER
3126 Shattuck Avenue
Berkeley, CA  94705
(415) 205-8237 phone
(510) 540-0403 fax
dwaggoner@homelessactioncenter.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAR HAMPTON,<br><br>   Plaintiff,<br><br>   v.<br><br>MARTIN J. O'MALLEY,<br><br>   Defendant. | CASE NO. 4:24-cv-00297<br><br>**SECOND MOTION FOR EXTENSION OF TIME TO FILE MOTION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff hereby respectfully requests the Court to grant a final extension of 30 days, until April 10, 2024, for Plaintiff to file an IFP Motion. Plaintiff is homeless and difficult to reach via the normal methods (e.g., phone, email or regular postal mail). Plaintiff's counsel respectfully asks the Court to grant a final extension for Plaintiff's counsel to locate and communicate with Plaintiff in order to file a complete IFP Motion.

Respectfully submitted,

Dated:  March 11, 2024         By:

/s/  *David P. Waggoner*
DAVID P. WAGGONER
HOMELESS ACTION CENTER
Attorneys for Plaintiff

**ORDER**

This matter, having come before the Court on Plaintiff's Motion for Extension of Time for Plaintiff to file a Motion to Proceed in Forma Pauperis, and, it appearing that the Motion should be granted for good cause shown, it is hereby ORDERED that Plaintiff's Motion for Extension of Time is GRANTED. Plaintiff is ORDERED to file a Motion to Proceed in Forma Pauperis by May 10, 2024.

Dated:  April  10, 2024